JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA SCHIESSL RADA, | ) Case No. ED CV 19-1631-SP |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| ANDREW M. SAUL, | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| Defendant. | ) |
| | ) |

Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

Dated: March 29, 2021

SHERI PYM
United States Magistrate Judge